UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SULAYMAN MOORE, an individual, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> VERDESIAN LIFE SCIENCES US, ) </br> LLC, f/k/a QC CORPORATION, ) </br> ) </br> Defendant. ) | Case No. 1:17-CV-167-SNLJ |

## MEMORANDUM AND ORDER

This case is before the Court on plaintiff's motion to remand to state court (#7), to which defendant filed a response in opposition (#8). No reply was filed. The only issue presented is whether, in this discrimination case under the Missouri Human Rights Act, the amount in controversy exceeds $75,000 so to invoke this Court's diversity jurisdiction. In the motion, as this Court understands it, plaintiff suggests that he is prepared to submit a binding stipulation by way of affidavit that the amount in controversy will not exceed $75,000. In the event that stipulation is filed, the motion will be granted. That said, defendant correctly maintains that the amount in controversy as pled in the original state-court petition includes not only damages but also attorney's fees. Plaintiff claims that the combined damages and fees are bound to exceed $75,000. Again, however, should plaintiff file a stipulation that the total amount in controversy including damages and attorney's fees will not exceed $75,000, the case will be remanded. Plaintiff shall notify the Court on the matter forthwith.

1

So ordered this 27th day of November, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE