**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| **SULAYMAN MOORE, an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:17-CV-167-SNLJ** |
| | ) | |
| **VERDESIAN LIFE SCIENCES US,** | ) | |
| **LLC, f/k/a QC CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM AND ORDER

This case is before the Court on plaintiff Sulayman Moore's motion to remand (#7). The only issue is whether the amount in controversy exceeds $75,000. In response to this Court's memorandum and order (#9), Moore filed an affidavit (#11) and stipulated that the amount in controversy does not exceed $75,000, including damages and attorney's fees. Thus, the case is remanded to the Circuit Court for Cape Girardeau County.

So ordered this ___11th___ day of December 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1